IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HAMANN GmbH,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-04876

Judge Robert W. Gettlemen

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A:

| Def No. | Def. Name |
|---|---|
| 105 | Auto Parts |
| 17 | Panda Tech |
| 13 | AAAUP |
| 14 | BBBUP |

DATED: September 17, 2019                          Respectfully submitted,

                                         /s/ *Keith A. Vogt*
                                         Keith A. Vogt (Bar No. 6207971)
                                         Keith Vogt Ltd.
                                         111 W. Jackson Blvd., Suite 1700
                                         Chicago, Illinois 60604
                                         Telephone: 312-675-6079
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 17, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filings to all registered attorneys of record.

                                         /s/ *Keith A. Vogt*
                                         Keith A. Vogt, Esq.