IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAMANN GmbH, | |
| Plaintiff, | Case No.: 1:19-cv-04876 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 3, 2019 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 3 | gkmc1035 |
| 63 | jackshop2018 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 7, 2019                      Respectfully submitted,

                                                               /s/ Yanling Jiang
                                                                Yanling Jiang (Bar No. 6309336)
                                                                JiangIP LLC
                                                                111 West Jackson Blvd.
                                                                Suite 1700
                                                                Chicago, Illinois 60604
                                                                Telephone: 312-675-6297
                                                                Email: yanling@jiangip.com

                                                                ***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 7th day of October, 2019. Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

/s/ Ollie B. Jones
Notary Public

State of _Illinois_
County of _Cook_