**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HAMANN GmbH, | |
| Plaintiff, | Case No.: 1:19-cv-04876 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 3, 2019 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 34 | bruceshark-001 |
| 85 | saveyourbuy |
| 59 | hanzhetrade |
| 42 | chico_hobby |
| 140 | kanella22 |
| 33 | bmwoemshop |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 14, 2019                    Respectfully submitted,

*Yanling Jiang*
Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson Blvd.
Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 14th day of October, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

*Ollie B. Jones*
Notary Public

State of Illinois
County of Cook