# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HAMANN GmbH, | |
| Plaintiff, | Case No.: 1:19-cv-04876 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 3, 2019 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 113 | red sun1 |
| 120 | Xianggangyuanbokejigufenyouxiangongsi 香港远博科技股份有 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 22, 2019                    Respectfully submitted,

                                                        Yanling Jiang (Bar No. 6309336)
                                                        JiangIP LLC
                                                        111 West Jackson Blvd.
                                                        Suite 1700
                                                        Chicago, Illinois 60604
                                                        Telephone: 312-675-6297
                                                        Email: yanling@jiangip.com

                                                    **ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 22nd day of October, 2019. Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

Notary Public

State of Illinois
County of COOK